### Booker Brothers, Inc. *v.* American Casualty Company of Reading, Pennsylvania, Appellant.

Argued March 24, 1972. *Herman J. Obert*, with him *Gibbons, Eustace & Obert*, for appellant. *Judith R. Cohn*, with her *Franklin Poul*, and *Wolf, Block, Schorr and Solis-Cohen*, for appellee.

Order affirmed.

### Both *v.* Both, Appellant.

Argued March 22, 1972. *David I. Grunfeld*, with him *Steinberg, Greenstein, Richman & Price*, for appellant; *Anthony F. Visco, Jr.*, with him *Obermayer, Rebmann, Maxwell & Hippel*, for appellee.

Decree affirmed.